IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERYL ESPOSITO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | NO. 02-4674 |

### ORDER

AND NOW, this 26TH day of November, 2002, it having been reported that the issues between plaintiff and defendant in this action have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, it is **ORDERED** this case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **AS TO THE ABOVE-NAMED DEFENDANT**. The Clerk is directed to mark this case **CLOSED**.

ATTEST:                              or         BY THE COURT:

**By:**_____         /s/ Norma L. Shapiro, J._____
      Madeline F. Ward, Deputy Clerk                                                          J.

Case 2:02-cv-04674-NS    Document 6    Filed 11/26/2002    Page 2 of 2